IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ROSA LOPEZ, JENNY ROCIO and
CLAUDIA LOPEZ,

      Plaintiffs,

vs.

Case No. 06-1058-JTM

R.C. McCULLOUGH, M.D.; W. DUNCAN
DAVIS, M.D.; KENNETH AUSTIN, M.D.;
JANNA EISENBART, ARNP; KERRY L.
BECK, R.N.; MICHELLE PARKER, R.N.;
MEGAN HUFFMAN, R.N.; EAGLE MED, a
Division of BALLARD AVIATION, INC.,
BALLARD AVIATION, INC. and
PRIDEMARK PARAMEDIC SERVICE,

      Defendants.

MEMORANDUM AND ORDER

The present action arises from plaintiffs' medical malpractice action alleging wrongful death of Martin Lopez as a result of defendants' negligence. Defendants Kerry L. Beck, R.N., Michelle Parker R.N., Eagle Med, Ballard Aviation, R.C. McCullough, M.D., Janna Eisenbart, ARNP, Kenneth Austin, M.D., and W. Duncan Davis, M.D., filed motions for summary judgment with this court. Following the defendants' motions for summary judgment, plaintiffs failed to respond.

Under D. Kan. Rule 7.4, if a respondent fails to file a response within the time required by Rule 6.1(d), the motion will be considered and decided as an uncontested motion, and

ordinarily will be granted without further notice. For this reason and for good cause shown, the court grants defendants' motions for summary judgment.

    IT IS ACCORDINGLY ORDERED this 11th day of January that defendants' motions for summary judgment (Dkt. Nos. 56, 58, 60, 62, and 64) are granted.

                                        s/ J. Thomas Marten  
                                        J. THOMAS MARTEN, JUDGE